HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL KINCADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KINCADE,<br><br>Defendant. | Case No. 2:23-CR-00217-KJM<br><br>[PROPOSED] SEALING ORDER<br><br>Judge: Kimberly J. Mueller |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A and B to Mr. Kincade's sentencing memorandum be granted so that this sensitive personal information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: February 12, 2024

KIMBERLY J. MUELLER
Chief United States District Judge