IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:23-cr-00217 DAD |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| MICHAEL E. KINCADE, | ) | |
| Defendant. | ) | |
| | ) | |

The court appointed Olaf Hedberg to represent the defendant on February 2, 2026. The Federal Defender has determined the case should go to a different panel attorney. CJA Panel attorney Michael Heumann is hereby appointed effective February 9, 2026, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  2/19/2026

HON. JEREMY D. PETERSON
United States Magistrate Judge