LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
MICHAEL KINCADE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL EUGENE KINCADE<br><br>                    Defendants. | CASE NO.  2:23-CR-00217<br><br>STIPULATION REGARDING ¨CONTINUANCE; FINDINGS AND ORDER<br><br>DATE: April 27, 2026,<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.    By previous order, this matter was set for an Sentencing Hearing on April 27, 2026,.

2.    By this stipulation, the parties now move to continue the sentencing hearing until May 4, 2026, at 9:30 a.m.

3.    The parties agree and stipulate, and request that the Court find the following:

        a)    Continuing the matter will allow probation to file a sentencing recommendation, and the parties to review that recommendation prior to sentencing.

        b)    Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for the hearing.

        c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

d)    Probation does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

Dated:  April 23, 2026

ERIC GRANT
United States Attorney

ZULKAR
/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated:  April 23, 2026

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
MICHAEL KINCADE

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the dispositional hearing set for April 27, 2026, is continued to May 4, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **April 24, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2